**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH VASQUEZ, | ) | NO. CV 12-3776-JSL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| A. GIBSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 18, 2013.

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE